UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN YANG LLC,

Plaintiff,

v.

FORTUNA REALTY HOTEL SOHO LLC,

Defendant.

26-CV-6995 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 22, 2026, at the initial status conference, the parties informed the Court that they intend to engage in private settlement negotiations. By November 23, 2026, the parties shall submit a joint letter advising the Court of the status of those negotiations and indicating whether they seek a referral to the court-annexed mediation program.

SO ORDERED.

Dated: October 23, 2026
New York, New York

Ronnie Abrams
United States District Judge